```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                              :
VALENTINA VILLETI, et al.,                    :
                                              :
                              Plaintiffs,     :
                                              :       18-CV-10200 (VSB)
               -against-                      :
                                              :              ORDER
GUIDEPOINT GLOBAL LLC,                        :
                                              :
                              Defendant.      :
                                              :
----------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/2019

<u>VERNON S. BRODERICK, United States District Judge</u>:

The parties were scheduled to appear for a post discovery conference on December 13, 2019, at 10:30 a.m. Plaintiffs' counsel did not appear. Accordingly it is:

ORDERED that the parties shall meet and confer by December 20, 2019, regarding any outstanding discovery disputes.

IT IS FURTHER ORDERED that the parties shall file a joint letter to the court by December 27, 2019, outlining any outstanding discovery disputes, indicating whether or not either party intends to file a dispositive motion, detailing the status of the case, and proposing dates for a post-discovery telephone conference. Defendant is to provide the dial-in information for the post-discovery conference.

SO ORDERED.

Dated:  December 13, 2019
        New York, New York

                                        _____
                                        Vernon S. Broderick
                                        United States District Judge