All fact discovery is to be completed by May 20, 2020. After the close of fact discovery, Defendant may file a letter motion via ECF requesting a pre-motion conference regarding its anticipated motion for summary judgment. A briefing schedule will be set at that time. SO ORDERED.

Date: 2/11/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

2/11/2020



**GORDON&REES**
**SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER™**

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

February 7, 2020

**VIA ECF**
The Honorable Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, NY 10007-1312

     Re:    *Valentia Villetti et al. v. Guidepoint Global, LLC*
             Case No.: 18-cv-10200-MKV-KNF

Dear Judge Vyskocil:

    We represent defendant Guidepoint Global, LLC ("Defendant") in the above-referenced case. On January 30, 2020, counsel for the parties appeared for a telephone conference before the Honorable Vernon S. Broderick, U.S.D.J. At that conference, the Court directed counsel to meet and confer regarding outstanding discovery and a dispositive motion briefing schedule and to submit the instant joint status letter. Counsel for the parties conducted a meet and confer on February 4, 2020.

    As noted on the record during the conference, Defendant is in the process of completing its review of all deposition transcripts and its identification of all remaining non-party witnesses. Given the number of potential non-party witnesses identified during the course of the depositions that have already been conducted, Defendant anticipates being able to complete all remaining fact discovery, including non-party depositions, by May 20, 2020. Accordingly, Defendant proposes the following briefing schedule for Defendant's anticipated motion for summary judgment: Defendant would initiate summary judgment motion practice under Your Honor's Individual Rules on or before June 10, 2020; Plaintiffs' response would be due on or before July 1, 2020; and Defendant's reply would be due on or before July 22, 2020.

    We appreciate the Court's attention to these matters and are available at the Court's convenience should it have any questions.

               Respectfully submitted,

               */s/ David Grech*
               David J. Grech
               Brittany L. Primavera

All Counsel of Record (*via* ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2020