DAVID J. GRECH
DGRECH@GRSM.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/2020

**GORDON&REES**
**SCULLY MANSUKHANI**
YOUR 50 STATE PARTNER™

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004

August [date]

**Granted. SO ORDERED.**

Date: 8/20/2020
New York, New York

/s/ Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge

**VIA ECF**
The Honorable Mary Kay Vyskocil, U.S.
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re:   *Villeti et al. v. Guidepoint Global LLC*; Case No.: 1:18-cv-10200-MKV-KNF

Dear Judge Vyskocil:

We represent defendant Guidepoint Global, LLC ("Defendant") in this case. We write with the consent of Plaintiffs' counsel and pursuant to Rule 2(G) of Your Honor's Individual Rules of Practice in Civil Cases and the Court's Scheduling Order, dated August 10, 2020 (ECF Document 54).

We have conferred with Plaintiffs' counsel and in order to accommodate end of summer vacations/holidays and other scheduling conflicts, the parties propose that the briefing schedule for Defendant's anticipated motion for summary judgment be amended to reflect respective approximate three (3) week extensions of time as follows:

> Defendant to file its motion on or before September 14, 2020 (extended from August 24, 2020);
>
> Plaintiff's opposition to the motion to be filed on or before October 14, 2020 (extended from September 21, 2020); and
>
> Defendant's reply to be filed on or before October 26, 2020 (extended from October 2, 2020).

This is the first request for an amendment of this briefing schedule. We appreciate the Court's attention to this matter and are available at the Court's convenience should it have any questions.

Respectfully submitted,
/s/ *David Grech*
David J. Grech

cc:   All Counsel of Record (*via* ECF)