UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X

| | |
|---|---|
| VALENTIA VILLETTI and FAIZA JIBRIL, M.D., | Case No.: 1:18-cv-10200-MKV-KNF |
| Plaintiffs, | |
| - against - | **NOTICE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| GUIDEPOINT GLOBAL, LLC, | |
| Defendant. | |

----------------------------------------------------------------- X

**PLEASE TAKE NOTICE** that, upon the annexed Local Civil Rule 56.1 Statement of Material Facts, dated September 14, 2020, the Declaration of David J. Grech, dated September 14, 2020, the exhibits annexed thereto, the Memorandum of Law in Support of Defendant's Motion for Summary Judgment, dated September 14, 2020, and upon all prior pleadings and proceedings herein, Defendant, by its attorneys Gordon Rees Scully Mansukhani, LLP, will move this court, before the Honorable Mary Kay Vyskocil, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, Room 2230, New York, NY 10007 on a date and at a time to be designated by the Court, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Defendant's motion for summary judgment, entering judgment for Defendant, and dismissing Plaintiffs' Complaint in its entirety, with prejudice, on the ground that there is no genuine issue as to any material fact and that Defendant is entitled to a judgment as a matter of law, and awarding Defendant such other and further relief as the Court deems just and proper.

1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to this Court's Order, dated August 20, 2020, opposing papers, if any, must be served on the undersigned by October 14, 2020, and reply papers, if any, must be served by October 26, 2020.

Dated:   New York, New York
         September 14, 2020

                                        Respectfully Submitted,

                                        GORDON REES SCULLY MANSUKHANI, LLP

                                        By:   */s/ David Grech*
                                                 David J. Grech
                                                 Brittany L. Primavera
                                        One Battery Park Plaza, 28th Floor
                                        New York, New York 10004
                                        Tel: (212) 269-5500
                                        Fax: (212) 269-5505
                                        Email: dgrech@grsm.com
                                        Email: bprimavera@grsm.com
                                        *Attorneys for Defendant*

TO:   Stuart Lichten, Esq.
      Lichten & Bright, P.C.
      387 Park Avenue South - 5th Floor
      New York, New York 10016
      Tel: 646-588-4872
      Fax: 646-588-4877
      VIA ECF