

## Valentia Villetti

**From:** Valentia Villetti
**Sent:** Friday, March 2, 2018 1:39 PM
**To:** Valentia Villetti
**Subject:** FW: You need to call my cell now 917 826 8536

**From:** Valentia Villetti
**Sent:** Thursday, March 1, 2018 3:30 PM
**To:** Albert Sebag <asebag@guidepoint.com>
**Cc:** Jessica Kagin-Tropea <jkagin@guidepoint.com>; Priscilla Gulino <pgulino@guidepoint.com>
**Subject:** Re: You need to call my cell now 917 826 8536

Yes, sir. It's clear. Thanks.



**Valentia Villetti** | Senior Healthcare Content Strategist
730 3rd Ave, 11th Floor | New York | NY | 10017
p: 646.395.9348 | f: 212.838.9175
e: vvilletti@guidepoint.com

GUIDEPOINT

New York | Boston | San Francisco | London | Dusseldorf | Singapore | Shanghai | Hong Kong | Seoul | Tokyo

This e-mail message, and any attachments, is intended only for the use of the individual or entity identified in the alias address of this message and may contain information that is confidential, privileged and subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, distribution or use is strictly prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system. Thank you for your cooperation.

On March 1, 2018 at 3:28:05 PM EST, Albert Sebag <asebag@guidepoint.com> wrote:
?????????

On Mar 1, 2018, at 12:04 PM, Albert Sebag <asebag@guidepoint.com> wrote:

From now on your focus is 100 percent on teleconferences. Someone else will take over in person events. Clear?

**From:** Albert Sebag
**Sent:** Thursday, March 1, 2018 1:56 PM
**To:** Valentia Villetti <vvilletti@guidepoint.com>
**Cc:** Priscilla Gulino <pgulino@guidepoint.com>; Jessica Kagin-Tropea <jkagin@guidepoint.com>
**Subject:** Re: You need to call my cell now 917 826 8536

We will discuss. Moving forward you will not be attending events unless I approve it. Pls cancel all future travel arrangements and leave Boston today.

On Mar 1, 2018, at 11:28 AM, Valentia Villetti <vvilletti@guidepoint.com> wrote:

Hi Albert,

1

000015

As the healthcare lead on this team, I made the call that it was necessary for me to be here. I discussed it with Bouker with no objections at our team meeting. Outside of that, I was not told I needed to obtain further permission.

To give you the back story, I was approached by Frank about the Blackrock trial and asked to organize a meeting (they even gave us the topic and date preference). I reached out to several doctors I know well, and was able to get a meeting organized. I also personally reached out to clients and signed one of them up. It would have been strange for me to not show up after all of the personal outreach. Also worth noting that I have previously worked with the Blackrock client in attendance at my old shop, so I viewed this as a selling opportunity.

For upcoming HLC conferences that have more than 5-6 clients in attendance, we've had team discussions and established a need for a hlc person to attend and cover the content. More importantly, I've had several conversation with Rutwik and he is 100% on board with the importance of me attending the meetings to stay up to date with the developments and client interest.

I spend a significant amount of my time working on the conferences, doing arguably logistical work. From sourcing doctors, to working through abstracts to decide dates, to editing bios, to answering client questions. There is no one else on our team that can handle this. With all of the effort I put into the back end, it would also be a lost opportunity for me to not take advantage of the actual content at the meetings. This information helps inform the focal points and topics. Please let me know if you disagree with the aforementioned reasons, and would like me to cancel plans to attend other meetings.

Very best,

Valentia

---

**From:** Albert Sebag
**Sent:** Thursday, March 1, 2018 1:26 PM
**To:** Valentia Villetti
**Cc:** Priscilla Gulino; Jessica Kagin-Tropea
**Subject:** Re: You need to call my cell now 917 826 8536

???

On Mar 1, 2018, at 10:49 AM, Albert Sebag <asebag@guidepoint.com> wrote:

Valentia- who asked you to go to Boston and deal with blackrock? Just need to understand what is happening.

**From:** Albert Sebag
**Sent:** Thursday, March 1, 2018 11:11 AM
**To:** Valentia Villetti <vvilletti@guidepoint.com>
**Cc:** Priscilla Gulino <pgulino@guidepoint.com>
**Subject:** Re: You need to call my cell now 917 826 8536

Valentina will be finishing up meetings in Boston and will be in the New York office tomorrow to work on teleconferences. The goal is 1.5 to 2 teleconferences per week in healthcare

On Mar 1, 2018, at 9:02 AM, Valentia Villetti <vvilletti@guidepoint.com> wrote:

Hi Albert,

I just gave you a call and it went straight to voicemail. I'm at 917 460 6445. Thanks.

000017