**From:** Bouker Pool <bpool@guidepoint.com>
**Sent:** Thursday, March 1, 2018 9:35 AM
**To:** Priscilla Gulino <pgulino@guidepoint.com>
**Subject:** Fwd: RE: Valentia

How do we document this and do the right way?
B.


---------- Forwarded message ----------

**From:** Jessica Kagin-Tropea
**Date:** March 1, 2018 at 5:48:51 AM MST
**Subject:** RE: Valentia
**To:** Bouker Pool

Can I suggest we slap her with a PIP and please take away her privilege to travel at least temporarily until she gets her performance up?
**From:** Bouker Pool
**Sent:** Wednesday, February 28, 2018 7:09 PM
**To:** Jessica Kagin-Tropea
**Subject:** Re: Valentia
Thanks. Disappointed but not surprised.
I'll deal with it. I'm back in the office Friday morning.
Skiing was insane. Two really great days with my dad and brothers.
B.




**Bouker Pool** | Director, Content Strategy
730 3rd Ave, 11th Floor | New York | NY | 10017
p: 212.784.9694 | f: 212.838.9175
e: bpool@guidepoint.com
On February 28, 2018 at 2:55:04 PM MST, Jessica Kagin-Tropea <jkagin@guidepoint.com> wrote:
Hey just thought I'd give you a heads up. Since you've been out Valentia has barely been in the office. I'm sure you've also noticed that she's barely done any work too. She has also taken it upon herself to plan to attend just about any and all healthcare events. I'd like to squash this immediately. I do not think we should be paying for her to attend these as she adds little to no value and is wasting a lot of our money. She just left at 3pm today to take a flight to Boston for this one lunch meeting at 12pm tomorrow! Guarantee she could've found a morning flight and in addition we already have nick Smith and a Guidepoint sales rep attending.

Also just to keep you in the loop, she completely demoralized Justin in front of the whole team. It was uncalled for and rude and I think it really hurt Justin.
This is too much Bouker. I think it's time we took action and she actually have some consequences for her behavior.
PS How was heli- skiing?!?


**Jessica Kagin-Tropea** | Events Manager
730 3rd Ave, 11th Floor | New York | NY | 10017
p: 646.395.9426 | f: 212.838.9175 | m: 646.207.6534
e: jkagin@guidepoint.com

New York | Boston | San Francisco | London | Dusseldorf | Singapore | Shanghai | Hong Kong | Seoul | Tokyo

This e-mail message, and any attachments, is intended only for the use of the individual or entity identified in the alias address of this message and may contain information that is confidential, privileged and subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, distribution or use is strictly prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system. Thank you for your cooperation.