UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

VALENTIA VILLETTI and FAIZA JIBRIL, M.D.,

                 Plaintiff,                                  18 Civ. 10200 (VBS)

           - against -

GUIDEPOINT GLOBAL LLC,

                 Defendant.

------------------------------------------------------------X

## PLAINTIFFS' RESPONSE TO DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSIONS

Plaintiffs Valentia Villetti ("Villetti") and Faiza Jibril, M.D. ("Jibril"), respond to defendant's First Set of Requests for Admissions as follows:

1. Plaintiffs object to Request No. 1, on the ground that it is vague. Notwithstanding the foregoing objection, plaintiffs deny this request, and state that Villetti got along with all of her colleagues.

2. Plaintiffs object to Request No. 2, on the ground that it is speculative. Notwithstanding the foregoing objection, plaintiffs deny this request, and state that as far as Villetti knows, no one refused to work with her.

3. Plaintiffs object to Request No. 3, on the ground that it is speculative. Notwithstanding the foregoing objection, plaintiffs deny this request, and state that as far as Villetti knows, no one characterized Villetti as creating drama.

26. Admit.

Dated: New York, New York
August 30, 2019

_____
Stuart Lichten (SL-1258)
LICHTEN & BRIGHT, P.C.
Attorneys for Plaintiffs
387 Park Avenue South - 5th Floor
New York, New York 10016-8810