# RECEIPT FOR EMPLOYEE HANDBOOK

I acknowledge that I have received a copy of GUIDEPOINT's Employee Handbook. I agree to read it thoroughly, including the statements in the foreword describing the purpose and effect of the Handbook. I agree that if there is any policy or provision in the Handbook that I do not understand, I will seek clarification from the Human Resources Department. I understand that GUIDEPOINT is an "at will" employer and as such employment with GUIDEPOINT is not for a fixed term or definite period and may be terminated at the will of either party, with or without cause, and without prior notice. No supervisor or other representative of the Company (except the CEO) has the authority to enter into any agreement for employment for any specified period of time, or to make any agreement contrary to the above. In addition, I understand that the Handbook states GUIDEPOINT's policies and practices as in effect on the date of publication. I understand that nothing contained in the Handbook may be construed as creating a promise of future benefits or a binding contract with GUIDEPOINT for benefits or for any other purpose. I also understand that these policies and procedures are continually evaluated and may be amended, modified or terminated at any time.

Please sign and date this receipt and return it to the Human Resources Department.

_[signature]_
SIGNATURE

Valentia Villetti
PRINT NAME

9/11/17
DATE

CONFIDENTIAL                                            DEF-000023