

Priscilla Gulino
Human Resources Director
T: 646.873.8480
F: 866.261.4137
E: pgulino@guidepoint.com

August 28, 2017

Ms. Valentia Villetti
162 E. 61st Street, Apt. 1B
New York, NY 10065

Dear Valentia:

It is with great pleasure that we extend to you an offer to join Guidepoint Global in the position of Senior Healthcare Content Strategist. We have every confidence that you will take an active role in our growth and success.

The details of this offer are outlined below:

- Your start date will be September 11, 2017.

- You will receive a base salary of One Hundred Eighty Thousand Dollars ($180,000.00) per year, payable on a semi-monthly basis in accordance with the Company's standard payroll practices, subject to withholding as required by law or the policies of the Company.

- You will receive a sign-on bonus of Five Thousand Dollars ($5,000,00), payable in accordance with the Company's standard payroll practices, subject to withholding as required by law or the policies of the Company, to be paid concurrent with your first semi-monthly salary payment.

- You will be eligible to receive a discretionary performance based bonus of up to Fifteen Thousand Dollars ($15,000), for 2017; payable pursuant to Guidepoint's standard practice for the payment of bonuses, including the requirement that you must be presently employed by the Company on such date to be eligible for the bonus payment.

- You will be entitled to twenty (20) vacation days and five (5) sick days annually, prorated for the 2017 calendar year.

- You will be provided with a health, dental and vision insurance package after two (2) months of employment.

- You will have the opportunity to contribute to the company's sponsored 401k plan. You will be eligible to contribute to this plan immediately upon commencing employment.

- You will have the opportunity to contribute to the TransitChek program. You will be eligible to contribute to this plan immediately upon commencing employment.

1



This offer is contingent upon the following:

- A completed employment application
- Proof of your right to work in accordance with (I-9) government requirements
- Satisfactory reference and/or background checks
- Your execution of the employment agreement provided herewith; in the event of any discrepancy between this offer letter and the employment, the employment agreement shall control.

In order to accept this offer, please return this letter signed to Guidepoint either by email (pgulino@guidepointglobal.com).

We look forward to working with you. Please call me at (646) 873-8480 once you have made your decision.

Best Regards,

Priscilla Gulino
Human Resources Director

Agreed to and accepted on
8/31 , 2017 by:

Valentia Villetti

2

www.guidepointglobal.com   |   730 Third Ave 11th Floor   |   New York, NY 10017   |   T 212.375.2980   |   F 212.880.8035

CONFIDENTIAL                                                                DEF-000020