**From:** Jessica Kagin-Tropea <jkagin@guidepoint.com>
**Sent:** Monday, March 19, 2018 11:59 AM
**To:** Priscilla Gulino <pgulino@guidepoint.com>
**Subject:** Valentia
**Importance:** High

Priscilla,

I cannot work with Valentia anymore. She leaves early, comes in late practically everyday. She has every excuse in the book for why she's not doing her work. She creates so much more drama among the team. She's just SO awful to work with. I am begging you to please let this woman go.

I'm practically doing all of her work as it is!

If she doesn't leave soon, I can guarantee a lot of my team will quit.



**Jessica Kagin-Tropea** | Events Manager
730 3rd Ave, 11th Floor | New York | NY | 10017
p: 646.395.9426 | f: 212.838.9175 | m: 646.207.6534
e: jkagin@guidepoint.com

New York | Boston | San Francisco | London | Dusseldorf | Singapore | Shanghai | Hong Kong | Seoul | Tokyo

This e-mail message, and any attachments, is intended only for the use of the individual or entity identified in the alias address of this message and may contain information that is confidential, privileged and subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, distribution or use is strictly prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system. Thank you for your cooperation.