**From:** Valentia Villetti <vvilletti@guidepoint.com>
**Sent:** Monday, March 12, 2018 11:34 AM
**To:** Priscilla Gulino <pgulino@guidepoint.com>
**Subject:** RE: Urgent Meeting Request

Yes, I will come by your office at that time. Thank you.

**From:** Priscilla Gulino
**Sent:** Monday, March 12, 2018 11:30 AM
**To:** Valentia Villetti
**Subject:** RE: Urgent Meeting Request

Hi Valentia,

Does 3:00 work for you to discuss today?



**Priscilla Gulino** | Director of Human Resources
730 3rd Ave, 11th Floor | New York | NY | 10017
p: 646.873.8480 | f: 866.261.4137
e: pgulino@guidepoint.com

**From:** Valentia Villetti
**Sent:** Monday, March 12, 2018 9:23 AM
**To:** Priscilla Gulino <pgulino@guidepoint.com>
**Subject:** Urgent Meeting Request
**Importance:** High

Good morning Priscilla,

I hope this finds you well. I'm writing to request a meeting at the earliest possible time, as I've been placed in a very difficult position. I regret to inform you that the culmination of recent events have left me feeling intimidated and threatened by Rutwik and Albert. This has affected my wellbeing, and is seriously interfering with my ability to perform my job.

Over the past several months, I had brought the management issues and toxic work environment in our team to the attention of both you and John. I have also sought clarification on my performance metrics and bonus structure repeatedly since last December, with no resolve. Regardless, I have worked dutifully, produced a high quality product that I take pride in, and demonstrated a level of ownership far exceeding my role.

The consistent increase in audience engagement, client responses and following, and advisor feedback all support this fact. Furthermore, I have performed under a staff shortage, and the routine absence by my manager (including his most recent three week break).

In spite of all of this, I have received no acknowledgement for my work, even following several record breaking call. Instead, I have endured being continuously dismissed and belittled. Unfortunately over the past few weeks, this has escalated further through the actions of Albert and Rutwik. The increasing aggression, abusive language, and unjustified deterioration of my role has led to serious anxiety, stress induced physical pain, and difficulty sleeping for me.

The sudden explosive call and emails from Albert berating me while I was in Boston to win business for the firm, were threatening and degrading. Albert has effectively changed my role, abruptly taken away my leadership over the conferences (and now seemingly any agency over teleconferences), and barred me from traveling (which is essential for me to perform my job). He has done this without any discussions with me whatsoever. Prior to this, my only interaction with Albert since starting had been a brief positive acknowledgement of the quality of a call I hosted and the client feedback, after he listened to one earlier this year.

On the other hand, I've been forced to work under increasing pressure and interference from Rutwik, who we were initially told was here to assist with sourcing candidates. As "a friend of Albert" that is "between jobs", we were instructed to "give him access to whatever information he needs", though he is not an employee and has no formal role. We have received no communication regarding any changes in the management of our team. Regardless, I have worked with Rutwik respectfully and listened to his suggestions routinely per Albert's wishes.

Unfortunately Albert has enabled Rutwik to the point where he finds it acceptable to also raise his voice and threaten me. This past Friday, he shouted that "I am your boss and the boss of everybody else", "You do what I say" and " I have a right to tell you you're incompetent". Had he been my manager, this outburst would have still been utterly unjustified. I had hosted a successful call on Thursday. I also offered to come back to the office the next day, which I was supposed to have off, solely to produce another call.

I did come back on Friday, and hosted a call in the afternoon (though the call was hardly successful due to Rutwik's interference). He then proceeded to order me to host another call on Monday (today), shouting "You will do what I tell you to do. You'll work over the weekend to do another call". There appears to be no limit to his hostile overreach. All of this is occurring in addition to the fact that he has started interviewing healthcare candidates to join my team, without allowing me to even meet any of them.

I was sought out and recruited in 2017 to serve "as a subject matter expert" who would lead the HLC portion of the business in my group, and I accepted this position in good faith. I was also told I was joining a "startup" where I would help build the team. This has

all proved to be highly misleading, and I have since observed my own employment trajectory following a familiar pattern at Guidepoint.

To start, I was not informed that I would be not taking over an existing product and replacing Ashlee, who was actively prevented from meeting me during interviews. I was vocal about my extreme discomfort with her treatment and subsequent dismissal before the holidays. I spoke with her team following her departure. They informed me that no one had sought their opinion or notified them, and that Ashlee was in fact a great leader.

Ashlee's dismissal was followed by the negative changes affecting Jessica while she was on maternity leave. I found her loss of seniority, demotion, and reduction in bonus during her absence to be highly alarming and disappointing. Furthermore, I was also prevented from hiring an extremely qualified female candidate (Faiza) for my team following a severe personal intervention by Albert. I was certainly not permitted to discuss or defend the choice, and I don't believe Albert even met her. She was axed though hiring her would have improved our productivity significantly.

I'm afraid I can no longer remain silent and tolerate this type of continuous mistreatment, Pricilla. Please advise me on your earliest availability for a meeting. I appreciate the rapport between us and genuinely hope that we can find an amicable resolution here. Thank you.


Very best,
Valentia




**Valentia Villetti** | Senior Healthcare Content Strategist
730 3rd Ave, 11th Floor | New York | NY | 10017
p: 646.395.9348 | f: 212.838.9175
e: vvilletti@guidepoint.com

New York | Boston | San Francisco | London | Dusseldorf | Singapore | Shanghai | Hong Kong | Seoul | Tokyo

This e-mail message, and any attachments, is intended only for the use of the individual or entity identified in the alias address of this message and may contain information that is confidential, privileged and subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, distribution or use is strictly prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system. Thank you for your cooperation.