**From:** Bouker Pool <bpool@guidepoint.com>
**Sent:** Monday, March 19, 2018 10:26 AM
**To:** Priscilla Gulino <pgulino@guidepoint.com>
**Subject:** RE: Formal Complaint

I'm open till 1p and then 2-4:30p

**From:** Priscilla Gulino
**Sent:** Monday, March 19, 2018 9:58 AM
**To:** Bouker Pool
**Subject:** RE: Formal Complaint

Bouker,

I stopped by on Friday but you weren't at your desk and then I remembered that you work from home on Fridays. I saw that you are in a meeting now so please let me know when you can stop by to discuss and I will send you an invite.

Priscilla



**Priscilla Gulino** | Director of Human Resources
730 3rd Ave, 11th Floor | New York | NY | 10017
p: 646.873.8480 | f: 866.261.4137
e: pgulino@guidepoint.com

**From:** Bouker Pool
**Sent:** Friday, March 16, 2018 9:29 AM
**To:** Priscilla Gulino <pgulino@guidepoint.com>
**Subject:** Formal Complaint

Priscilla,

I would like to log a formal complaint per the Guidepoint Employee Handbook – "Non-Discrimination and Harassment Policy" against the Guidepoint Consultant Rutwik Ghodadra for creating a threatening and hostile work environment.

I am compelled to elevate the matter to a formal notification to HR because members of my team, both verbally and via written communique, are complaining of threatening language and actions, creating a hostile work environment. Additionally, his actions have created internal hostilities, questions and concerns within the team and within Guidepoint as a whole.

Specific complaints include:
    A.   Inappropriate and aggressive language

    B. Threatening language
    C. Shouting in public and private setting
    D. Contacting employees on personal cell phone and via personal email account

I've informed my direct reports that I've filed a formal complaint so they are aware I am advocating on their behalf for a positive work environment.



**Bouker Pool** | Director, Content Strategy
730 3rd Ave, 11th Floor | New York | NY | 10017
p: 212.784.9694 | f: 212.838.9175
e: bpool@guidepoint.com

New York | Boston | San Francisco | London | Dusseldorf | Singapore | Shanghai | Hong Kong | Seoul | Tokyo

This e-mail message, and any attachments, is intended only for the use of the individual or entity identified in the alias address of this message and may contain information that is confidential, privileged and subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, distribution or use is strictly prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system. Thank you for your cooperation.