# EXHIBIT A

5. I have been employed by the Expert Institute since approximately 2013. The job for which Guidepoint recruited me would likely have paid $160,000. My actual salary in February 2018 was $87,500, which increased in May 2018 to $100,000. My backpay damages therefore are $48,000.

_____
FAIZA JIBRIL, M.D.

TODAY



**Jenna Appelbaum** · 12:18 PM

Dear Faiza,

I hope you're well! I'm writing regarding a VP of Business Development role here at Guidepoint, in our new and growing legal solutions business. The Guidepoint Legal Solutions team provides in-house evaluation of medical and health sciences-related legal claims paired with rapid connections to expert witnesses.

With your sales/legal background, I think it could be a great fit, and would love to chat further.

Please let me know if you have some time to connect.

Best,
Jenna

000039