UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VALENTIA VILLETTI and FAIZA JIBRIL, M.D.,

            Plaintiff,                  18 Civ. 10200 (VBS)

    - against -

                                                DECLARATION OF
GUIDEPOINT GLOBAL LLC,                  STUART LICHTEN

            Defendant.

-----------------------------------------------------------------X

      STUART LICHTEN declares under penalty of perjury that the following is true and correct:

      1. I am a member of the firm Lichten & Bright, P.C., attorneys for plaintiffs in this action. I submit this declaration in opposition to defendant's motion for summary judgment.

      2. Attached as Exhibit A is the transcript of the deposition of Albert Sebag.

                                                      _____
                                                      STUART LICHTEN