# EXHIBIT A

Page 1

```
 1   UNITED STATES DISTRICT COURT
 2   SOUTHERN DISTRICT OF NEW YORK
     ----------------------------------------X
 3   VALENTIA VILLETTI AND FAIZA JIBRIL, M.D.,
 4              Plaintiffs,
 5      - against -
 6   GUIDEPOINT GLOBAL, LLC,
 7              Defendant.
 8   Index No. 1:18-CV-10200-VSB-KNF
     ----------------------------------------X
 9
10              387 Park Avenue South
                New York, New York
11
                November 21, 2019
12              2:03 p.m.
13
14       EXAMINATION BEFORE TRIAL OF GUIDEPOINT
15   GLOBAL, by ALBERT SEBAG, a Defendant in the
16   above-entitled action, taken by the Plaintiff,
17   pursuant to Order, at the above time and place
18   before Elisa Greenwald, a Notary Public within
19   and for the State of New York.
20
21
22
23        ELLEN GRAUER COURT REPORTING CO. LLC
            126 East 56th Street, Fifth Floor
24              New York, New York 10022
                    212-750-6434
25                  REF:  292264
```

Page 2

```
 1   A P P E A R A N C E S:
 2
 3   LICHTEN & BRIGHT, P.C.
 4   Attorneys for the Plaintiffs
 5      387 Park Avenue South
 6      New York, New York 10016
 7   BY: STUART LICHTEN, ESQ.
 8      slichten@lichtenandbright.com
 9
10
11   GORDON REES SCULLY MANSUKHANI, LLP
12   Attorneys for the Defendant
13      One Battery Park Plaza, 28th Floor
14      New York, New York 10004
15   BY: DAVID GRECH, ESQ.
16      dgrech@grsm.com
17
18   ALSO PRESENT:
19      Catherine Smith, Esq. General Counsel for
20      Guidepoint Global
21      Valentia Villetti, Plaintiff
22
23
24
25
```

Page 3

```
 1   ------------------ I N D E X ------------------
 2   WITNESS            EXAMINATION BY         PAGE
 3   ALBERT SEBAG       MR. LICHTEN              5
 4
 5
 6   ---------------- E X H I B I T S --------------
 7   PLAINTIFF'S        DESCRIPTION           FOR I.D.
 8   Exhibit 1          Email                    5
 9   Exhibit 2          Email                    5
10   Exhibit 3          Email                    5
11   Exhibit 4          Email                    5
12   Exhibit 5          Email                    5
13
14
15         (EXHIBITS RETAINED BY MR. LICHTEN)
```

Page 4

STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein, that filing, sealing and certification, and the same are, hereby waived.

IT IS FURTHER STIPULATED AND AGREED that all objections except as to the form of the question, shall be reserved to the time of the trial.

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed and sworn to by an officer authorized to administer an oath, with the same force and effect as if signed and sworn to before the Court.

XXXXX

Page 5

1  A L B E R T   S E B A G, the witness, after
2  having been first duly sworn by a Notary
3  Public of the State of New York, was examined
4  and testified as follows:
5
6  EXAMINATION BY
7  MR. LICHTEN:
8    Q   Please state your name for the
9  record.
10   A   Albert Sebag.
11   Q   Please state your business address
12  for the record.
13   A   675 Avenue of the Americas, Second
14  Floor, New York, New York 10010.
15       (Whereupon, emails were marked
16       as Plaintiff's 1 through 5 for
17       identification, as of this date, by
18       the reporter.)
19   Q   So your name is pronounced Sebag?
20   A   Um-hum.
21   Q   My name is Stuart Lichten. I am a
22  member of the firm Lichen & Bright and that
23  law firm represents the two plaintiffs in
24  this case. Their names are Valentia Villetti
25  and Faiza Jibril. They have brought a

Page 6

1             SEBAG
2  lawsuit against Guidepoint Global, LLC. You
3  are not a named defendant. Guidepoint Global
4  is the only named defendant. I am going to
5  ask you some questions today. If you don't
6  hear one of my questions, just let me know
7  and I will try to speak more clearly. If you
8  don't understand any of my questions, let me
9  know and I will try to clarify it and make it
10 so that you can understand it.
11      I just ask two things: One, wait
12 until I finish asking my question before you
13 start your answer and I in turn will wait
14 until you give your answer before I start the
15 next question. If we speak over each other
16 or interrupt each other, the court reporter
17 has a difficult time taking down an accurate
18 transcript. The other thing I would ask is
19 that you give your answers in spoken words,
20 not nods of the head or shakes of the head
21 because again it's very difficult for the
22 court reporter to take down those types of
23 expressions.
24      Have you ever had your deposition
25 taken before today?

Page 7

1             SEBAG
2    A.  No.
3    Q.  Have you ever been a witness in a
4  trial?
5    A.  Yes.
6    Q.  What type of trial?
7    A.  Federal trial.
8    Q.  What was the nature of the case?
9    A.  It was -- one second. I don't
10 recall exactly. A former employee.
11   Q.  The plaintiff was a former employee?
12   A.  No, the plaintiff was -- one second.
13 I am trying to remember. This was years ago.
14 The plaintiff was I believe it was a federal
15 trial so that would be U.S.
16   Q.  You were a witness or?
17   A.  I was a witness.
18   Q.  You don't remember the subject
19 matter of the trial, what it was about?
20   A.  It was -- I actually don't remember.
21 It was years ago.
22   Q.  What was your role in it?
23   A.  I was a witness.
24   Q.  A witness to the events?
25   A.  Witness to emails.

Page 8

1             SEBAG
2    Q.  How long ago was this?
3    A.  At least eight years.
4    Q.  Before coming today to give your
5  deposition other than your attorneys did you
6  speak with anyone specifically to prepare for
7  today's deposition?
8    A.  No.
9    Q.  Other than documents shown to you by
10 your attorneys, have you consulted or
11 reviewed any documents specifically to
12 prepare for today's deposition?
13   A.  No.
14   Q.  Can you briefly describe for us your
15 educational background?
16   A.  I studied chemistry in college. I
17 went to law school and I have a PhD in
18 chemistry.
19   Q.  Do you have a bachelor's degree?
20   A.  Yes.
21   Q.  From where?
22   A.  Yeshiva College.
23   Q.  That's in New York?
24   A.  Yes.
25   Q.  Do you have a JD degree?

Page 9

1  SEBAG
2  A. Yes.
3  Q. From where?
4  A. Boston College.
5  Q. You have a PhD I believe you said?
6  A. Yes.
7  Q. And from where did you receive that?
8  A. Northeastern.
9  Q. Have you earned any postgraduate
10 credits at any other university?
11 A. No.
12 Q. Have you ever taken the bar exam?
13 A. Yes.
14 Q. Did you pass it?
15 A. Yes.
16 Q. In what state or states?
17 A. New York.
18 Q. Have you ever practiced law?
19 A. Yes.
20 Q. Can you briefly describe for me your
21 educational -- your job history, employment
22 history since leaving college since leaving
23 Yeshiva?
24 A. One year at a law firm, New York law
25 firm.

Page 10

1  SEBAG
2  Q. What was the name of the firm?
3  A. The firm was Kenyon & Kenyon.
4  Q. Are they an intellectual property
5  firm?
6  A. Yes.
7  Q. After that year what did you do
8  next?
9  A. After that I started my company.
10 Q. What is your company?
11 A. Guidepoint.
12 Q. What year was that?
13 A. Around 2002.
14 Q. When was the year you spent at
15 Kenyon & Kenyon?
16 A. 2001.
17 Q. So what year did you receive your
18 PhD?
19 A. I don't recall.
20 Q. Was it in the 1990s?
21 A. I believe it was 2000 but I don't
22 recall exactly.
23 Q. Do you remember when you received
24 your JD?
25 A. 1999.

Page 11

1  SEBAG
2  Q. Your BA?
3  A. '95.
4  Q. So between prior to 2001 you had no
5  employment, full-time employment at any
6  place; correct?
7  A. That's correct.
8  Q. Your first job was Kenyon & Kenyon
9  and your second job was starting your own
10 firm, your own company?
11 A. Correct.
12 Q. What kind of company is Guidepoint?
13 What does it do?
14 A. It's an expert network.
15 Q. What does that mean?
16 A. It's a knowledge marketplace.
17 Q. You founded it in 2002?
18 A. Correct.
19 Q. At the time was it a limited
20 liability corporation?
21 A. I don't recall.
22 Q. At the time you began in 2002 did
23 you own all of it 100 percent?
24 A. Yes.
25 Q. In 2003 how many employees did it

Page 12

1  SEBAG
2  have?
3  A. I don't recall.
4  Q. Did it have more than 50?
5  A. No.
6  Q. Did it have more than 20?
7  A. No.
8  Q. Did it have more than ten?
9  A. I don't recall.
10 Q. What was your title in 2003 at
11 Guidepoint?
12 A. CEO.
13 Q. Any other title?
14 A. Founder.
15 Q. What were your duties and
16 responsibilities as CEO in 2003?
17 A. Chief executive officer.
18 Q. How many people directly reported to
19 you in 2003?
20 A. I don't recall.
21 Q. Do you recall anyone else who was
22 employed by the company in 2003?
23 A. I don't.
24 Q. Did the company in 2003 have a board
25 of directors?

Page 13

1  SEBAG
2   A. No.
3   Q. Let's go forward to 2018. In the
4  proceeding 16 years were you the CEO of
5  Guidepoint Global for that entire period?
6   A. Yes.
7   Q. In 2018 how many employees did
8  Guidepoint Global have?
9   A. I don't know.
10  Q. Did it have more than 50?
11  A. Yes.
12  Q. Did it have more than 100?
13  A. Yes.
14  Q. Did it have more than 200?
15  A. Yes.
16  Q. Did it have more than 300?
17  A. Yes.
18  Q. Did it have more than 500?
19  A. I don't know.
20  Q. Has the name of that company been
21  Guidepoint Global for the entire existence?
22  A. No.
23  Q. What was the name originally?
24  A. Clinical Advisers.
25  Q. That was the name in 2002?

Page 14

1  SEBAG
2   A. I believe so.
3   Q. For how long was it named Clinical
4  Advisers?
5   A. I don't recall.
6   Q. Was it named that until 2010?
7   A. I don't recall.
8   Q. The next name of the company was
9  Guidepoint Global?
10  A. Correct.
11  Q. In 2018 did Guidepoint Global have a
12  board of directors?
13  A. No.
14  Q. You have been the CEO the whole
15  time; is that correct?
16  A. Yes.
17  Q. In 2018 who directly reported to
18  you?
19  A. You want names?
20  Q. You can give me names or title or
21  both.
22  A. Cathy Smith.
23  Q. She is the general counsel; right?
24  A. Yes.
25  Q. Who else directly reported to you?

Page 15

1  SEBAG
2   A. Mike Ferrari sales, Stacy Longo
3  sales, John Campanella.
4   Q. Was he the CFO?
5   A. Yes. John Adkins.
6   Q. What is his title or what was his
7  title in 2018?
8   A. Head of international.
9   Q. Anyone else directly report to you
10  in 2018?
11  A. Eric Haynes.
12  Q. What was Mr. Haynes' title?
13  A. Data.
14  Q. Anyone else?
15  A. Priscilla Gulino.
16  Q. She is the head of HR?
17  A. HR.
18  Q. Anyone else?
19  A. That's all I can remember.
20  Q. Did someone named Bouker Pool
21  directly report to you?
22  A. When?
23  Q. In 2018?
24  A. Actually I'm not sure.
25  Q. In 2018 how many offices did

Page 16

1  SEBAG
2  Guidepoint Global have?
3   A. I don't know exactly.
4   Q. Do you know in how many countries it
5  had offices?
6   A. Countries?
7   Q. Yes.
8   A. I don't know exactly.
9   Q. Does it have more than 12 offices?
10  A. I actually don't know.
11  Q. Does it have an office in more than
12  three countries?
13  A. Yes.
14  Q. Does it have an office in more than
15  ten countries?
16  A. I don't know.
17  Q. Do you still own 100 percent of
18  Guidepoint Global?
19  A. Yes.
20  Q. Do you know who Valentia Villetti
21  is?
22  A. Yes.
23  Q. Who is she?
24  A. She is sitting next to you.
25  Q. When did you first learn of

Page 17

SEBAG

1           SEBAG
2 Ms. Villetti or first hear of her?
3    A. I don't recall.
4    Q. Did you play any role in the hiring
5 of Ms. Villetti?
6    A. The question is confusing.
7    Q. Ms. Villetti was an employee of
8 Guidepoint Global at one point; is that
9 correct?
10   A. Yes.
11   Q. She was hired on September 11, 2017;
12 is that correct?
13   A. I don't recall.
14   Q. Do you know what year she was hired
15 in?
16   A. No.
17   Q. When she was hired did you know that
18 she was hired by Guidepoint Global?
19   A. Yes.
20   Q. How did you know?
21   A. Because someone mentioned it to me.
22   Q. Who mentioned it to you?
23   A. I don't recall.
24   Q. What did they say?
25   A. I don't recall exactly what they

Page 18

          SEBAG

1
2 said.
3    Q. But they said something about her
4 being employed by the company?
5    A. Something like that.
6    Q. Did you interview her for the job?
7    A. Actually I don't recall.
8    Q. Did you approve of her hire?
9    A. Yes.
10   Q. What was she specifically hired for,
11 what position?
12   A. Teleconferences.
13   Q. Was she a senior health care content
14 strategist?
15   A. That means nothing to me.
16   Q. What does teleconference mean when
17 you say that?
18   A. It's a moderated phone call with an
19 expert.
20   Q. How many people are on the line on
21 the phone call?
22   A. It all depends.
23   Q. When you say moderated who moderated
24 it?
25   A. A Guidepoint Global employee.

Page 19

          SEBAG

1
2    Q. When you say that Ms. Villetti was
3 hired to do teleconferences was there a
4 specific number of teleconferences that she
5 was expected to complete?
6    A. There was an expectation.
7    Q. Of?
8    A. Two to three a week.
9    Q. And that since Ms. Villetti started
10 working at the company right from the
11 beginning of her tenure at the company she
12 was expected to do two or three?
13   A. About two.
14   Q. Did you have an opportunity to see
15 Ms. Villetti's work in the last quarter of
16 2017?
17   A. I don't recall.
18   Q. Did you have an opportunity to see
19 Ms. Villetti's work in the first quarter of
20 2018?
21   A. I don't recall.
22   Q. Did you ever have an opportunity to
23 see Ms. Villetti's work?
24   A. I had an opportunity.
25   Q. Did you take that opportunity?

Page 20

          SEBAG

1
2    A. I don't recall ever seeing it.
3    Q. Have you ever spoken to
4 Ms. Villetti?
5    A. Yes.
6    Q. When was the first time you spoke to
7 her?
8    A. I really don't know.
9    Q. How many times do you estimate that
10 you have spoken to Ms. Villetti ever?
11   A. That's unclear. Several times.
12   Q. Do you think you have spoken with
13 her more than ten times ever?
14   A. Yes.
15   Q. Do you think you spoke with her more
16 than 20 times?
17   A. I don't recall.
18   Q. Could you describe for us the
19 quality of Ms. Villetti's work during the
20 entire time she worked at Guidepoint Global?
21   A. She did not meet our expectations of
22 performance.
23   Q. In what ways did she not meet the
24 company's expectations?
25   A. The number of teleconferences

Page 21

1      SEBAG
2  conducted or moderated was less than our
3  expectation.
4    Q. Did you ever tell Ms. Villetti that?
5    A. Yes.
6    Q. How?
7    A. On the phone.
8    Q. Any other way?
9    A. Through her managers.
10   Q. Who were her managers?
11   A. At the time I believe it was Bouker
12 Pool.
13   Q. Did she have any other manager?
14   A. No.
15   Q. Did you ever in writing tell her
16 that her teleconferencing was insufficient?
17   A. She didn't report to me.
18   Q. So the answer is no?
19   A. The answer is I don't believe so.
20   Q. Who did Bouker Pool report to?
21   A. Me.
22   Q. Did you ever have a discussion with
23 Mr. Pool of Ms. Villetti's work performance?
24   A. Yes.
25   Q. How many of those discussions did

Page 22

1      SEBAG
2  you have?
3    A. I don't recall.
4    Q. Is it more than five?
5    A. I don't recall.
6    Q. Do you remember specifically any of
7  them like what you said?
8    A. I remember discussing poor
9  performance.
10   Q. Was her performance poor in any way
11 other than the number of teleconferences she
12 completed?
13   A. I don't recall.
14   Q. Do you know whether or not
15 Ms. Villetti was late to work?
16   A. I don't recall.
17   Q. Do you know whether or not
18 Ms. Villetti's attendance was not up to
19 expectations?
20   A. I don't recall.
21   Q. Do you remember whether Ms. Villetti
22 had any conflicts with colleagues?
23   A. Yes.
24   Q. What conflicts with colleagues did
25 she have?

Page 23

1      SEBAG
2    A. She wasn't liked.
3    Q. By whom?
4    A. Other team members, her team
5  members.
6    Q. Can you name any of them?
7    A. I don't recall the names.
8    Q. How did you find out that
9  Ms. Villetti wasn't liked by her team
10 members?
11   A. Direct complaints.
12   Q. From the team members?
13   A. Yes.
14   Q. To you?
15   A. Yes.
16   Q. But you don't remember any of the
17 names?
18   A. I don't recall right now the names.
19   Q. Did Ms. Villetti ever refuse to
20 work?
21   A. She didn't report to me.
22   Q. So you are saying that you don't
23 know?
24   A. I don't know.
25   Q. Are you familiar with the term call

Page 24

1      SEBAG
2  schedule?
3    A. Can you repeat that?
4    Q. Are you familiar with the term call
5  schedule?
6    A. No.
7    Q. I would like to show you what we
8  have marked Plaintiff's Exhibit 1. Can you
9  look at Plaintiff's Exhibit 1, please.
10   A. (Complies).
11   Q. Have you ever seen Plaintiff's
12 Exhibit 1 before?
13   A. No.
14   Q. Do you recognize any of the emails
15 in Plaintiff's Exhibit 1?
16   A. No.
17   Q. Do you know who Jessica
18 Kagin-Tropea, K-A-G-I-N-hyphen-T-R-O-P-E-A,
19 do you know who that is?
20   A. Yes.
21   Q. Who is she?
22   A. She was a Guidepoint Global
23 employee.
24   Q. Do you know what her title was?
25   A. No.

Page 25

SEBAG
Q. Do you know what her function was?
A. She was part of the events team.
Q. Is she one of the colleagues who you said disliked Ms. Villetti?
A. I never said anyone disliked her.
Q. Well, is she one of the team members who you said had a conflict with her?
A. Possibly.
Q. When did Ms. Kagin-Tropea work for Guidepoint Global?
A. I don't recall.
Q. Was she working for the company in 2018?
A. Appears to be.
Q. What happened? Was she dismissed or was she -- did she resign? Why isn't she there any longer?
A. I actually don't know.
Q. You don't know?
A. (Nodding).
Q. In 2018 was Bouker Pool someone who directly reported to you?
A. Maybe parts of 2018.
Q. Why do you say that?

Page 26

SEBAG
A. I don't know when he left.
Q. Do you know who he directly reported to if it wasn't you?
A. It would have been me.
Q. He directly reported to you?
A. Yes.
Q. Did Mr. Pool ever come to you to discuss imposing a PIP on Ms. Villetti?
A. I don't recall.
Q. I would like to show you what we have marked as Plaintiff's Exhibit 2.
A. (Perusing).
Q. Have you looked at Exhibit 2?
A. Yes.
Q. Do you recognize it?
A. Somewhat.
Q. What do you recognize it somewhat to be?
A. I remember this actual event.
Q. What was the event?
A. The event was Valentia not doing her job.
Q. And why was she not doing her job?
A. Because she wasn't.

Page 27

SEBAG
Q. What about this event was her not doing her job?
A. Her job was conducting teleconferences.
Q. What was she doing here?
A. She was attending an event.
Q. That event was in Boston; is that right?
A. Apparently.
Q. How did you find out she was attending this event?
A. I don't recall.
Q. Now, your first phone call on this document exhibit was March 1, 2018 at 10:49 a.m. It's on the second page third up from the bottom.
   MR. GRECH: Objection. Are you talking phone calls or emails?
   MR. LICHTEN: We are talking emails, the first emails.
   MR. GRECH: The question was phone call. I just wanted to be clear.
   MR. LICHTEN: Okay, I'm sorry.
Q. Do you see that email?

Page 28

SEBAG
A. Which email?
Q. 10:49 a.m. All of these emails took place on March 1, 2018.
A. Can you show me? I don't see it.
Q. There.
A. Yes.
Q. It says, "Valentia, who asked you to go to Boston and deal with Blackrock? Just need to understand what is happening." Did I read that correctly?
A. That's what it says.
Q. Do you remember writing that?
A. I don't.
Q. Then Ms. Villetti responded at 11:28 with a several paragraph email, several paragraph long email. Do you see that starting on the first page going into the second? Do you see that?
A. Yes.
Q. Did you receive that email?
A. I think we are confusing things.
Q. Okay.
A. This email is after that email.
Q. Right. Well, so at 12:04 p.m. you

Page 29

SEBAG

1  responded to Ms. Villetti's 11:28 a.m. email;
2  is that right?
3     A. I don't see that. Yes.
4     Q. You told her that, "From now on your
5  focus is 100 percent on teleconference.
6  Someone else will take over in-person events.
7  Clear?" Is that what you wrote?
8     A. Yes.
9     Q. Is that a change in her function
10 that she was going to be 100 percent on
11 teleconferences or is that a continuation of
12 what her job had always been?
13    A. It is a continuation of what her job
14 had always been.
15    Q. She had no role to play in in-person
16 events; is that correct?
17    A. Zero role.
18    Q. Who was in charge of in-person
19 events?
20    A. Not her.
21    Q. Was it Ms. Kagin-Tropea?
22    A. It could have been Jessica, it could
23 have been others.
24    Q. You don't remember?

Page 30

SEBAG

1     A. Exactly.
2     Q. Now, at 1:26 p.m. which is on the
3  second page starting at about halfway you
4  sent Ms. Villetti another email with three
5  question marks; do you see that?
6     A. Yes.
7     Q. Now, that email you sent to
8  Ms. Villetti you CC'd Ms. Gulino and
9  Ms. Kagin-Tropea; do you see that?
10    A. Yes.
11    Q. Why did you CC Ms. Kagin-Tropea?
12    A. I don't recall.
13    Q. Why did you CC Ms. Gulino?
14    A. I don't recall.
15    Q. Now, prior to that date March 1,
16 2018 do you know whether or not Ms. Villetti
17 had attended any other in-person events?
18    A. No.
19    Q. You don't know?
20    A. I didn't believe she did.
21    Q. What was Ms. Villetti's job
22 entitlements regarding travel? Could she
23 travel if it was part of her job or was she
24 forbidden from traveling on the company's

Page 31

SEBAG

1  dime? What was her relationship to travel?
2     MR. GRECH: Objection. You can
3  maybe break that up.
4     Q. All right. As part of her
5  legitimate job duties, was Ms. Villetti
6  allowed to travel?
7     A. Her job was conducting
8  teleconferences which required no traveling.
9     Q. Do you know whether or not prior to
10 March 1st she had traveled anywhere as part
11 of her job?
12    A. I was not aware of it.
13    Q. After March 1st did she perform
14 100 percent of her job duties on
15 teleconferences?
16    A. I don't know.
17    Q. Did you on or about March 1st talk
18 to Mr. Pool regarding Ms. Villetti's
19 teleconferencing?
20    A. Yes.
21    Q. What was that discussion?
22    A. That the performance was not
23 adequate.
24    Q. She had not been meeting two to

Page 32

SEBAG

1  three per week numbers; is that right?
2     A. Around two, correct.
3     Q. What did Mr. Pool say?
4     A. I don't recall.
5     Q. Did you play any role in the
6  discharge of Ms. Villetti?
7     A. I don't recall.
8     Q. I would like for you to look at what
9  we have marked as Exhibit 3.
10    A. (Complies).
11    Q. Have you looked at Exhibit 3?
12    A. Yes.
13    Q. Have you ever seen Exhibit 3 before?
14    A. I don't recall.
15    Q. Were you aware that Ms. Kagin-Tropea
16 complained to Ms. Gulino about Ms. Villetti?
17    A. I was aware that there were
18 complaints.
19    Q. You didn't know who the complaints
20 were from?
21    A. I don't recall who they were from.
22    Q. I would like for you to look at what
23 we have marked as Exhibit 4.
24    A. (Complies).

Page 33

1  SEBAG
2  Q. Have you had a chance to look at
3  Exhibit 4?
4  A. Yes.
5  Q. Have you ever seen it before?
6  A. No.
7  Q. Have you ever been told that
8  Ms. Villetti sent in this complaint to
9  Ms. Gulino on March 12th?
10  A. I don't recall.
11  Q. Did you ever discuss this complaint
12  with anybody?
13  A. I don't recall.
14  Q. I would like to show you what we
15  have marked as Exhibit 5.
16  A. (Perusing).
17  Q. Have you had a chance to look at
18  Exhibit 5?
19  A. Yes.
20  Q. Have you ever seen it before?
21  A. I don't recall seeing it.
22  Q. Have you ever discussed the fact
23  that Mr. Pool filed a formal complaint
24  pursuant to the discrimination or harassment
25  policy with anybody?

Page 34

1  SEBAG
2  A. I don't recall.
3  Q. At the time of this -- this says
4  March 16, 2018 at the top. On that date were
5  you Mr. Pool's direct supervisor?
6  A. I believe so.
7  Q. Does Mr. Pool still work for
8  Guidepoint Global?
9  A. No.
10  Q. What happened to him?
11  A. He left.
12  Q. When did he leave?
13  A. I don't recall.
14  Q. Did he leave in March of 2018?
15  A. I don't recall.
16  Q. Are you saying he was not dismissed
17  when you say he left?
18  A. I believe he was dismissed.
19  Q. So the company dismissed him; is
20  that correct?
21  A. Actually I don't recall.
22  Q. You don't know whether he was
23  dismissed or whether he left voluntarily?
24  A. Yes.
25  Q. Do you know someone named Rutwik

Page 35

1  SEBAG
2  R-U-T-W-I-K, Ghodadra, G-H-O-D-A-D-R-A?
3  A. I know someone named Rutwik, yes.
4  Q. Rutwik is his first name?
5  A. Yes.
6  Q. Who is he?
7  A. He is a Guidepoint Global employee.
8  Q. How long has he been employed by
9  Guidepoint Global?
10  A. I don't know.
11  Q. Has he been employed there more than
12  two years?
13  A. I don't know.
14  Q. Was he employed at Guidepoint Global
15  in March of 2018?
16  A. I'm not sure.
17  Q. Before he was employed by Guidepoint
18  Global did he play any other role with
19  respect to Guidepoint Global such as a
20  consultant?
21  A. He was a client.
22  Q. A client. When was he a client?
23  A. I don't know exactly what dates.
24  Q. Was he ever a consultant to
25  Guidepoint Global, not employed, consultant?

Page 36

1  SEBAG
2  A. Possibly. I don't recall.
3  Q. What is his job function? What does
4  he do?
5  A. Now?
6  Q. Now.
7  A. I don't know his title but he is
8  head of events in some way.
9  Q. How long has he been head of events?
10  A. I don't know.
11  Q. Do you know where he worked before
12  he was employed by Guidepoint Global?
13  A. Yes.
14  Q. Where did he work?
15  A. Visium Asset Management.
16  Q. What did he do for them?
17  A. He was a portfolio manager.
18  Q. Do you know how long he worked for
19  Visium?
20  A. I don't.
21  Q. How did his employment end at
22  Visium?
23  A. Visium closed.
24  Q. Did Visium close because of a
25  dispute with the government, the federal

Page 37

SEBAG

government?
A. I don't know if that's the only reason they closed.
Q. But it's a reason?
A. Possibly.
Q. Did Mr. Ghodadra have anything to do with that dispute with the government that Visium had?
A. Not that I am aware.
Q. Did anyone ever complain to you about the way Mr. Ghodadra was treating them in the work place, any employee ever complain to you about the way Mr. Ghodadra was treating them?
A. I don't recall, no.
Q. Did you ever hear that Mr. Ghodadra was abusive in the work place?
A. No.
Q. During Ms. Villetti's tenure with Guidepoint Global did she ever have the authority to hire someone who was going to report to her?
A. No.
Q. Did Mr. Pool ever have the authority

Page 38

SEBAG

to hire someone who was to report to Ms. Villetti?
A. Two different questions.
Q. The last two questions? Well, did Mr. Pool ever have the authority to hire someone who would then directly report to Ms. Villetti?
A. He had the authority to hire.
Q. Did he hire someone in January of 2018 that was to directly report to Ms. Villetti?
A. I do not know.
Q. Your answer is I don't know?
A. I don't know.
Q. Do you know who Faiza Jibril is?
A. No.
Q. Have you ever been told that Ms. Jibril was about to be hired by Guidepoint Global?
A. No.
Q. Did you ever veto Dr. Jibril's hire?
A. I don't recall.
Q. You don't recall whether or not you vetoed her hire?

Page 39

SEBAG

A. I don't.
MR. GRECH: Objection. Asked and answered.
Q. Did you veto someone's recommendation that someone be hired to report to Ms. Villetti?
MR. GRECH: Objection.
A. Can you repeat.
Q. Did you ever veto a recommendation that a person be hired to report directly to Ms. Villetti?
A. I don't recall such an incident.
Q. Did you have to approve any new hires at Guidepoint Global?
A. I don't understand your question.
Q. In order for the company to hire someone new did you have to give your okay?
A. It depends.
Q. What did it depend on?
A. The role.
Q. If the role was someone was going to be hired to be a health care content strategist and would directly report to Ms. Villetti, would you have to approve of

Page 40

SEBAG

that hire?
A. It would depend.
Q. On what?
A. The qualifications of that candidate.
Q. Whether or not you had to give your okay would depend on the qualifications of the candidate?
A. That's correct.
Q. Under what circumstances would you not have to give your okay?
A. If the person was not a former buy-side analyst.
Q. What does buy-side analyst mean?
A. Someone who worked for an investment firm.
Q. So if they worked for an investment firm they did have to get an okay or if they didn't work for an investment firm they did not?
A. If they didn't work for an investment firm.
Q. They would have to get your okay?
A. Correct.

**Page 41**

SEBAG

Q. What about if they didn't have sell-side experience would they still have to get your okay?
A. Yes.
Q. Did it occur that someone without buy-side and without sell-side experience was recommended for hire by Mr. Pool?
A. I don't remember.
Q. Today how many health care content strategists are employed by Guidepoint Global in the New York office?
A. I don't know.
Q. Is it more than ten?
A. I don't know.
Q. Do you know who Ashley Dunston is?
A. Yes.
Q. Who is she?
A. A former Guidepoint Global employee.
Q. What was her function?
A. She had several roles.
Q. What were they?
A. Project manager, recruiter, manager, events.
Q. Anything else?

**Page 42**

SEBAG

A. That's all I can recall.
Q. How long did Ms. Dunston work for Guidepoint Global?
A. About ten years.
Q. Does she still work there?
A. No.
Q. Was she dismissed?
A. I believe so, yes.
Q. Why?
A. She was difficult to work with.
Q. Did you play any role in her dismissal?
A. I agreed to it.
Q. Who proposed it?
A. HR.
Q. Would that be Ms. Gulino?
A. Yes.
Q. Do you know who -- well, strike that.
   Ms. Jessica Kagin-Tropea do you know whether or not she ever took maternity leave?
A. Yes, she did.
Q. How long was she out?
A. I don't recall.

**Page 43**

SEBAG

Q. When she came back was she able to resume employment with Guidepoint Global when her leave ended?
A. Yes.
Q. For how long after her leave ended was she employed by Guidepoint Global?
A. I don't recall.
Q. Was she dismissed?
A. I actually don't recall.
Q. Did she ever write a letter to Guidepoint Global or her attorney threatening to sue the company?
A. I don't recall.
Q. Did the company enter into a settlement agreement with Ms. Kagin-Tropea?
   MR. GRECH: Objection.
   MR. LICHTEN: What is the objection?
   MR. GRECH: You can answer.
A. I don't recall.
Q. Do you know who Ilyssa McIntyre Smith, I-L-Y-S-S-A, M-C-I-N-T-Y-R-E, Smith, do you know who that is?
A. Yes.

**Page 44**

SEBAG

Q. Who is she?
A. She was a Guidepoint Global employee.
Q. What was her function?
A. Marketing.
Q. When did she first become employed by Guidepoint Global?
A. I don't remember.
Q. Was it more than five years?
A. I don't remember.
Q. Is she still employed by Guidepoint Global?
A. No.
Q. When did she leave the company?
A. I don't remember.
Q. Was she dismissed?
A. I don't believe so.
Q. Do you know who Natalia Ramirez is?
A. Yes.
Q. Who is she?
A. She was a Guidepoint Global employee.
Q. What was her function?
A. Executive assistant.

Page 45

SEBAG

Q. To whom?
A. To me.
Q. For how long was she executive assistant?
A. About five years.
Q. Is she still employed by the company?
A. No.
Q. When did she leave?
A. Four months ago or so.
Q. Was she dismissed?
A. No.
Q. Do you know whether Guidepoint Global instituted any investigation of discrimination surrounding Ms. Villetti's departure from the company?
A. Can you repeat that.
Q. Did Guidepoint Global institute or initiate an investigation of the circumstances of Ms. Villetti's dismissal?
A. I don't know.
Q. What are the office hours of Guidepoint Global's office in New York?
A. I don't know.

Page 46

SEBAG

Q. Do you know whether it has office hours?
A. Yes.
Q. But you don't know what the hours are?
A. I don't.
    MR. LICHTEN: Can I have a break.
    (A short recess was taken.)
Q. Did you play any role in the hiring of Bouker Pool?
A. Yes.
Q. What was your role?
A. My role was to hire him.
Q. What were his qualifications?
A. He had extensive marketing background.
Q. In what fields, what industries?
A. Different industries.
Q. Did he ever work for an investment bank?
A. I don't recall.
Q. Mr. Pool was his last day with the company the same as Ms. Villetti's last day?
A. I actually don't know.

Page 47

SEBAG

Q. Now, Ms. Kagin-Tropea was she -- did any of her colleagues complain about their ability to work with her?
A. I don't recall.
Q. Was she given permission to work remotely from her home?
A. Yes.
Q. How did that work? How many days a week did she come into the office and how often did she work from home?
A. I don't recall the specifics.
Q. Do you know whether or not she spent one day a week in the office?
A. I don't remember the specifics.
Q. Did you ever have a conversation with Mr. Pool regarding dismissing Ms. Kagin-Tropea?
A. I don't recall that.
Q. Are you familiar with the abbreviation CU with regards to teleconferencing?
A. Yes.
Q. What does CU stand for?
A. Consultation unit.

Page 48

SEBAG

Q. What is it?
A. What is it?
Q. What does it mean?
A. It's when a client conducts a phone call or participates in a teleconference. They get charged and the charge is referred to as a CU.
Q. Did you ever compare the CUs resulting from Ms. Villetti's calls with anyone else's CU total?
A. I don't recall.
Q. Do you know whether or not she had an above average CU total?
A. I don't recall.
Q. Did anyone ever complain to you about Rutwik's behavior in the office?
A. No.
Q. Did you have any personal relationships with employees of Guidepoint Global while they were employees of Guidepoint Global?
A. What do you mean?
Q. Well, did you have a sexual relationship with anybody?

Page 49

1         SEBAG
2    A. No.
3    Q. I think you testified that you
4  weren't sure whether Mr. Pool left
5  voluntarily or was dismissed; is that
6  correct?
7    A. I don't recall how he left.
8    Q. Did Mr. Pool ever complain to you
9  about Ms. Villetti?
10   A. Yes.
11   Q. What did he say?
12   A. Performance.
13   Q. What about her performance?
14   A. The number of teleconferences
15 conducted were insufficient.
16   Q. Anything else?
17   A. Her inability to get along with
18 other employees.
19   Q. Mr. Pool did he mention any names of
20 people who were --
21   A. I don't recall.
22   Q. Did you ever receive any complaints
23 about Mr. Pool?
24   A. I actually don't recall that.
25   Q. Did you play any role in the hiring

Page 50

1         SEBAG
2  of Rutwik?
3    A. Yes.
4    Q. What was your role?
5    A. I introduced him to the company.
6    Q. What were his qualifications?
7    A. He was a buy-side portfolio manager.
8       MR. LICHTEN: I think I might be
9  done if you give me a few minutes.
10      (A short recess was taken.)
11   Q. Just a couple more. You testified
12 at the beginning that you were a witness in a
13 case involving the United States?
14   A. Yes.
15   Q. Was that case involving the
16 Securities and Exchange Commission?
17   A. No.
18   Q. Have you ever been investigated by
19 the SEC?
20   A. Never.
21      MR. LICHTEN: All right, I have
22 nothing further.
23      MR. GRECH: Thank you.
24      (Time noted: 3:23 p.m.)
25

Page 51

1         ACKNOWLEDGEMENT
2
3  STATE OF NEW YORK )
4                    :ss
5  COUNTY OF NEW YORK )
6
7    I, ALBERT SEBAG, hereby certify that I
8  have read the transcript of my testimony taken
9  under oath on November 21, 2019, that the
10 transcript is a true, complete and correct
11 record of what was asked, answered and said
12 during my testimony under oath, and that the
13 answers on the record as given by me are true
14 and correct.
15
16
17 _____
18         ALBERT SEBAG
19
20 Signed and subscribed to
21 before me, this _____ day
22 of _____, _____.
23
24 _____
25 Notary Public

Page 52

1         CERTIFICATE
2
3    I, Elisa Greenwald, a shorthand
4  reporter and Notary Public within and for the
5  State of New York, do hereby
6  certify:
7    That the within statement is a true
8  and accurate record of the stenographic notes
9  taken by me.
10   I further certify that I am not
11 related to any of the parties to this action
12 by blood or marriage, and that I am in no way
13 interested in the outcome of this matter.
14   Dated this 6th day of December, 2019.
15
16
17
18
19
20
21
22
23
24 _____
25 ELISA GREENWALD