# EXHIBIT A

Healthcare Content Analyst

The Healthcare Content Analyst will serve as a subject matter expert and focus on innovative content and curated programming for our clients.

This role requires the keen ability to listen, dissect and then act to develop strategy and tactics that rise above the noise and distractions, providing valuable insights, structure and guidance.

Knowledge of conferences & trends in the healthcare industry; positioned as a thought-leader with the ability to identify, produce and leverage networks to play a vital role in advancing an already developed healthcare conference team.

The ideal candidate will have a demonstrated passion to be part of a team and collaborative environment, outstanding written and verbal communication skills, and experience generating content for a variety of media types and vehicles ranging from white papers, articles and newsletters to digital, video, and podcasts.

Key responsibilities include:

*Content Creation & Distribution:*

- Identify, curate, produce and manage HLC content platform
- Create, lead and moderate conference calls and in-person roundtables with industry experts for clients and client events
- Interact with our client base and internal research teams to generate ideas, recurring themes, hot topics, etc as they relate to the healthcare industry
- Read industry journals, attend industry conferences and teleconferences to stay abreast of market trends and innovations

*Client Management:*

- Generate discussion guides by communicating with our clients and experts prior to events
- Work with research team to identify and recruit additional industry experts to participate in repeat panel events
- Manage relationships and maintain knowledge of travel schedules with key industry advisors to book hosted events in various cities

*Revenue Promotion:*

- Collaborate with business development and research teams to develop event concepts that will increase utilization and be compelling to clients
- Work closely with marketing department to develop creative marketing content to engage prospective and existing clients in Guidepoint event offerings

*Process Management:*

- Work with the events' logistics team to monitor and ensure Guidepoint compliance policies and custom client compliance protocols for events and teleconferences
- Assist Research teams as needed in breaking down requests and understanding how to approach research angles and ultimately deliver the right types of experts to our clients
- Exhibit 'ownership' of experts by maintaining accurate profiles

**Required Skills:**

Our research professionals execute their responsibilities by using excellent communication, good judgment, effective collaboration and business ownership.

- 5-10 years of healthcare experience working as an analyst or consultant (sell-side/buy-side analyst experience highly preferred)
- Master's Degree in relevant field
- Expert in healthcare with keen understanding of industry devices and drugs
- Proactive approach to understanding, tracking and planning content and events that align with industry and client activity
- Experience creating healthcare agendas for events
- Understanding of the institutional investment healthcare industry
- Ability to engage with senior business leaders with innovative content and ideas
- Expertise in the creation and delivery of content with the ability to be the "voice of the company" when communicating with clients
- Experience using your decisive eye for detail and strategic thinking to ensure excellent content

**Favored Applicants:**

- Ability to focus on opportunities to advance, grow, leverage revenue and client coverage
- Team-first collaborative approach
- Experience working with or using an expert network

**Guidepoint** gives institutional investors more confidence in their investment and strategic decisions by connecting them to specialized industry experts who can answer their most pressing business questions. As the experts at finding expertise, since 2003 Guidepoint has set up more than 500,000 interactions between institutional investors and experts around the world.

Our multinational client list includes seven of the top 10 largest hedge funds, seven of the top 10 global consulting firms, and many of the largest private equity firms and Fortune-ranked companies. Guidepoint's seven offices on three continents provide 24/7, quick and agile service. For more information, visit www.guidepoint.com.

CONFIDENTIAL

DEF-000050