# EXHIBIT B

## Valentia Villetti

**From:** Seth Bloom <seth@bloomstrategic.com>
**Sent:** Monday, March 12, 2018 12:13 PM
**To:** Valentia Villetti
**Subject:** Re: Thank you: Cigna & Express Scripts Anti-Trust Risk Teleconference

Thank you very much Valentia. I enjoyed the teleconference very much, and thanks for the excellent questions. If you have any clients who wish to speak further on this topic, please let me know.

Seth

> On Mar 12, 2018, at 11:45 AM, Valentia Villetti <vvilletti@guidepoint.com> wrote:
>
> Good morning,
>
> It was a pleasure speaking with you on Friday. Thank you very much for making time on such a short notice. I thought the call was highly informative for the audience. I hope you enjoyed it as well.
>
> There is no need for you to submit an invoice, and you should receive a check for the agreed upon honorarium over the next two weeks. It will be mailed to the address on your profile. Please let us know if there are any issues. I look forward to speaking with you again in the near future.
>
> Very best,
> Valentia
>
> 
>
> **Valentia Villetti** | Senior Healthcare Content Strategist
> 730 3rd Ave, 11th Floor | New York | NY | 10017
> p: 646.395.9348 | f: 212.838.9175
> e: vvilletti@guidepoint.com
>
> New York | Boston | San Francisco | London | Dusseldorf | Singapore | Shanghai | Hong Kong | Seoul | Tokyo
>
> This e-mail message, and any attachments, is intended only for the use of the individual or entity identified in the alias address of this message and may contain information that is confidential, privileged and subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, distribution or use is strictly prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system. Thank you for your cooperation.

http://www.schepens.harvard.edu/dana

> On Nov 15, 2017, at 7:57 PM, Valentia Villetti <vvilletti@guidepoint.com> wrote:
>
> Apologies for the delay in my response. Thank you very much, you're far too kind. I actually don't have a medical or scientific background. I received a BA from Columbia, where I studied philosophy, political science, and economics. I went to Wall Street straight out of university to work as a pharma & biotech investment analyst. I only joined Guidepoint two months ago to lead healthcare content strategy, essentially creating and curating healthcare content/events for our clients (which are mainly members of the investment community).
>
> That was a very inspiring interview, thank you for sharing. Your comments strongly resonated with me. My focus on the healthcare sector was pure luck initially, as my first boss selected me despite my background. I'm very grateful for that, because I now get to work with brilliant people (like yourself) and the developments in the space are indeed so meaningful and exciting. Most importantly, I am genuinely learning and being challenged on a daily basis.
>
> I attended the Tehran international school for a few years. Such a small world!
>
> Warm regards,
> Valentia
>
> **From:** Dana, Reza [mailto:Reza_Dana@meei.harvard.edu]
> **Sent:** Wednesday, November 15, 2017 12:06 PM
> **To:** Valentia Villetti <vvilletti@guidepoint.com>
> **Subject:** Re: Thank you - AAO Recap Call
>
> dear Valentia
>
> It would be indeed very nice to meet you. I can't tell from your signature exactly what your background is, but you are clearly very smart and seem to know a lot about this space— is ophthal one of your focus areas?
> And how did you get interested in doing what you are doing? (it's always interesting for me to hear how that happens) I am definitely not someone who wanted to always be a doctor but this is what happened for a variety of reasons.
> Take a look at this link- may be of interest to you
> https://www.huffingtonpost.com/entry/reza-dana-success-begins-outside-your-comfort-zone_us_59ba8c23e4b02c642e4a1431
>
> Reza
>
> *******************************
> Reza Dana MD, MSc, MPH
> Claes H. Dohlman Professor of Ophthalmology
> Vice Chairman and Assoc Chief of Ophthalmology for Academic Programs
> Director, Cornea & Refractive Surgery, Massachusetts Eye & Ear Infirmary

2

000041

Senior Scientist, Mass. Eye and Ear
Committee on Immunology, Harvard Medical School

TEL: +1-617-912-7401

http://www.schepens.harvard.edu/dana

> On Nov 15, 2017, at 11:28 AM, Valentia Villetti <vvilletti@guidepoint.com> wrote:
>
> Hello Dr. Dana,
>
> Thank you very much for making time for our teleconference today. We covered a lot of ground. I thought it was a lively discussion and highly informative for the audience. I hope you enjoyed it as well.
>
> There is no need for you to submit an invoice, and you should receive a check over the next two weeks. Please let me know if you are ever in the city, it would be wonderful to properly meet you.
>
> Very best,
> Valentia



**Valentia Villetti** | Senior Healthcare Content Strategist
730 3rd Ave, 11th Floor | New York | NY | 10017
p: 646.395.9348 | f: 212.838.9175
e: vvilletti@guidepoint.com

New York | Boston | San Francisco | London | Dusseldorf | Singapore | Shanghai | Hong Kong | Seoul

This e-mail message, and any attachments, is intended only for the use of the individual or entity identified in the alias address of this message and may contain information that is confidential, privileged and subject to legal restrictions and penalties regarding its unauthorized disclosure and use. Any unauthorized review, copying, disclosure, distribution or use is strictly prohibited. If you have received this e-mail message in error, please notify the sender immediately by reply e-mail and delete this message, and any attachments, from your system. Thank you for your cooperation.

Mass. Eye and Ear Confidentiality Notice: This e-mail and any files transmitted with it are confidential and are intended solely for the use of the individual(s) addressed in the message above. This communication may contain sensitive or confidential information. If you are not an intended recipient, dissemination, forwarding, printing, or copying of this e-mail is strictly prohibited. If you believe you have received this e-mail in error and the email contains patient information, please contact the Mass. Eye and Ear Compliance Line at 844-815-4401. If the e-mail was sent to you in error but does not contain patient information, please contact the sender and delete the e-mail.