UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

VALENTIA VILLETTI and FAIZA JIBRIL, M.D.,

                Plaintiff,                      18 Civ. 10200 (VBS)

      - against -

                                                        DECLARATION OF
GUIDEPOINT GLOBAL LLC,                          FAIZA JIBRIL, M.D.

                Defendant.

-------------------------------------------------------------------X

       FAIZA JIBRIL, M.D., declares under penalty of perjury that the following is true and correct:

       1. I am a plaintiff in this action. I submit this declaration in opposition to defendant's motion for summary judgment.

       2. I never "applied" to defendant Guidepoint Global LLC ("Guidepoint"), in the sense of initiating contact with the firm for the purpose of obtaining employment. Guidepoint contacted me, and advised me during the interview process that the company was hiring one Content Specialist. I volunteered during the interviews with plaintiff Valentia Villetti and Director of Content Bouker Pool that I did not possess hedge fund experience, and both expressly confirmed that such experience was not necessary.

       3. Indeed, even after I was informed that Guidepoint decided not to hire me because I was not a "hedge fund guy," Guidepoint's Recruiters were still making overtures to me.

       4. In 2018, I received the e-mail attached as Exhibit A, from Jenna Appelbaum, a Recruiter employed by Guidepoint.