# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
VALENTIA VILLETTI and FAIZA JIBRIL, M.D.,

                         Plaintiffs,                  18 **CIVIL** 10200 (MKV)

           -against-                  **JUDGMENT**

GUIDEPOINT GLOBAL, LLC,

                         Defendant.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 11, 2021, Guidepoint has demonstrated that that it is entitled to summary judgment as a matter of law on all claims. Accordingly, Guidepoint's Motion for Summary Judgment is GRANTED. Judgment is entered for Defendant and the case is closed.

**Dated:**  New York, New York
          August 11, 2021

                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                           **BY:**
                                                   **Deputy Clerk**