UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VALENTIA VILLETTI and FAIZA JIBRIL, M.D.,

            Plaintiff,                                                          18 Civ. 10200 (MKV)(KNF)

       - against -                                                 NOTICE OF APPEAL

GUIDEPOINT GLOBAL LLC,

            Defendant.

-----------------------------------------------------------------X

Notice is hereby given that plaintiffs Valentia Villetti and Faiza Jibril, M.D., in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the judgment entered on August 11, 2021, granting summary judgment to defendant.

Dated: New York, New York
         August 13, 2021

                                                                                     Stuart Lichten (SL-1258)
                                                                                     LICHTEN & BRIGHT, P.C.
                                                                                      Attorneys for Plaintiffs
                                                                                      1115 Broadway - 11th Floor
                                                                                      New York, New York 10010
                                                                                      (646) 588-4872
                                                                                      slichten@lichtenandbright.com

TO:    David J. Grech, Esq.
         GORDON & REES SCULLY MANSUKHANI
         Attorneys for Defendant
         One Battery Park Plaza - 28th Floor
         New York, New York 10004