UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/2023
```

VALENTIA VILLETI,

      Plaintiff,

-against-

GUIDEPOINT GLOBAL LLC,

      Defendant.

1:18-cv-10200-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

  The Court is in receipt of a letter filed by Defendant informing the Court that the parties have reached a settlement in principle [ECF No. 103].  Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by July 24, 2023. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).  In the interim, all deadlines and dates—including the dates for the final pretrial conference and for the beginning of trial—are hereby vacated.

**SO ORDERED.**

**Date: June 23, 2023**
    **New York, NY**

                  */s/ Mary Kay Vyskocil*
                  **MARY KAY VYSKOCIL**
                  **United States District Judge**